DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHNNY HARRIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1881

[September 20, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 00 21370CF10A.

Johnny Harris, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

MAY, CIKLIN and CONNER, JJ., concur.

\*　　　\*　　　\*

*Not final until disposition of timely filed motion for rehearing.*